## AITKINS *v.* SHANKS, TREASURER.

From the Clinton Circuit Court.

*R. P. Davidson* and *J. C. Davidson,* for appellant.
*J. Claybaugh, L. McClurg* and *J. V. Kent,* for appellee.

PERKINS, C. J.—This case presents for decision the same question as that decided in *Pay* v. *Shanks,* 56 Ind. 554; and the judgment in this is affirmed on the authority of that case.

Affirmed, with costs.